IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: MICHAEL A. AND CAROL A. DICKSEN<br>    aka CAROL ELZINGA | )<br>)<br>) |
| First Horizon Home Loan Corporation,<br>        Creditor, | ) **JOLIET**<br>)<br>) |
| vs. | ) CASE NO. 05B18035<br>) JUDGE Bruce W. Black |
| MICHAEL A. AND CAROL A. DICKSEN<br>aka CAROL ELZINGA,<br>        Debtor | )<br>)<br>) |

## RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE

Now comes First Horizon Home Loan Corporation, by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage cure, stating as follows:

1. The Debtor is due for the October 2006 contractual payment and all those thereafter.

2. The following is an itemization of the amounts due on the loan as of October 2, 2006:

   a.  Attorney's fees for this Response        $250.00
   b.  Objection Fee                            $150.00
   Total                                        $400.00

Respectfully Submitted,
First Horizon Home Loan Corporation

/s/A. Stewart Chapman
A. Stewart Chapman
ARDC#6255733
Pierce and Associates, P.C.
1 North Dearborn
13[h] Floor
Chicago, Illinois 60602
(312)346-9088

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| IN RE: MICHAEL A. AND CAROL A. DICKSEN<br>    aka CAROL ELZINGA | )<br>)<br>) |
| First Horizon Home Loan Corporation,<br>          Creditor, | ) **JOLIET**<br>)<br>) |
| vs. | ) CASE NO. 05B18035<br>) JUDGE Bruce W. Black |
| MICHAEL A. AND CAROL A. DICKSEN<br>aka CAROL ELZINGA,<br>                            Debtor | )<br>)<br>) |

## NOTICE OF FILING

TO:    See attached service list

PLEASE TAKE NOTICE THAT ON October 19, 2006 First Horizon Home Loan Corporation filed the attached **Response to Notice of Payment of Final Mortgage Cure**.

## PROOF OF SERVICE

I, the undersigned Attorney, Certify that a copy of this Notice was served to the Addresses attached by Electronic Notice through ECF or depositing same at the U.S. Mail at 1 North Dearborn Street, 13th Floor, Chicago, IL 60602 at 5:00 p.m. on October 19, 2006, with proper postage prepaid.

/s/A. Stewart Chapman
A. Stewart Chapman
ARDC#6255733

**\*\*\*THESE DOCUMENTS ARE AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE\*\*\***

Pierce and Associates,
1 North Dearborn
13th Floor
Chicago, IL 60602

## NOTICE OF MOTION ADDRESSES

To Trustee:
Glenn B. Stearns
4343 Commerce Court
Suite 120
Lisle, Illinois 60532
**by Electronic Notice though ECF**

To Debtor:
MICHAEL A. AND CAROL A. DICKSEN aka CAROL ELZINGA
15027 Abbey Lane
Lockport, Illinois 60441
**by U.S. Mail**

To Attorney:
Robert J. Semrad & Associates
407 South Dearborn, Suite 600
Chicago, Illinois 60605
**by Electronic Notice though ECF**

PIERCE & ASSOCIATES, P.C.
Attorneys for: Creditor
1 North DearbornSuite 1300
Chicago, Illinois 60602
(312) 346-9088

PA05-1846