```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 18035
   MICHAEL A DICKSEN
   CAROL A DICKSEN                              CHAPTER 13

                                                JUDGE: BRUCE W BLACK
             Debtor
   SSN XXX-XX-8269     SSN XXX-XX-8570

------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 05/05/05 and confirmed on 08/17/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  14800.00 .

   4.  The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID           PAID
------------------------------------------------------------------------
CHASE HOME EQUITY        SECURED                  .00          .00            .00
FIRST HORIZON HOME LOAN  CURRENT MORTG            .00          .00            .00
FIRST HORIZON HOME LOAN  MORTGAGE ARRE        4053.66          .00        4053.66
AMRECOVSYST              UNSECURED              95.56          .00          25.77
AT&T                     UNSECURED           NOT FILED         .00            .00
JP MORGAN CHASE BANK     UNSECURED           NOT FILED         .00            .00
ECAST SETTLEMENT CORP    UNSECURED            1858.80          .00         501.29
CAB SERVICES INC         UNSECURED           NOT FILED         .00            .00
CAPITAL ONE FINANCIAL    UNSECURED           NOT FILED         .00            .00
CAPITAL ONE FINANCIAL    UNSECURED           NOT FILED         .00            .00
CB USA INC               UNSECURED              55.00          .00          14.83
RESURGENT CAPITAL SERVIC UNSECURED            7622.56          .00        2055.69
CITIFINANCIAL            UNSECURED           NOT FILED         .00            .00
DEPENDON COLLECTION SERV UNSECURED           NOT FILED         .00            .00
DEPENDON COLLECTION SERV UNSECURED           NOT FILED         .00            .00
ECAST SETTLEMENT CORPORA UNSECURED             235.82          .00          63.60
HSBC                     UNSECURED           NOT FILED         .00            .00
ECAST SETTLEMENT CORPORA UNSECURED            6663.41          .00        1797.02
ECAST SETTLEMENT CORP    UNSECURED           NOT FILED         .00            .00
JC PENNEY                UNSECURED           NOT FILED         .00            .00
------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID           PAID
------------------------------------------------------------------------
KOHLS                    UNSECURED             383.56          .00         103.44
KOHLS                    UNSECURED           NOT FILED         .00            .00
KOHLS                    UNSECURED           NOT FILED         .00            .00
KOMYATTE & ASSOCIATES    UNSECURED           NOT FILED         .00            .00
MRSI                     UNSECURED           NOT FILED         .00            .00
RESURGENT CAPITAL SERVIC UNSECURED            5240.59          .00        1413.31
NEXTEL COMMUNICATIONS    UNSECURED           NOT FILED         .00            .00
```

```
PORTFOLIO RECOVERY ASSOC  UNSECURED       6898.65           .00       1860.46
CBUSA                     UNSECURED     NOT FILED           .00           .00
HOME DEPOT                UNSECURED     NOT FILED           .00           .00
HSBC                      UNSECURED     NOT FILED           .00           .00
        Summary of disbursements:
-------------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED       OTHER         TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  4053.66          .00     29053.95         .00      33107.61
PRINCIPAL PAID      4053.66          .00      7835.41         .00      11889.07
INTEREST PAID           .00          .00           .00        .00           .00
TOTAL PAID          4053.66          .00      7835.41         .00      11889.07
```

The Debtor's attorney, ROBERT J SEMRAD & ASSOC          , was allowed $   2200.00
and was paid $      294.80   direct and $    1905.20   through the plan.

The Trustee received $     605.73 .

Refunds to the Debtor totaled $    400.00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 09/09/08                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 05 B 18035 MICHAEL A DICKSEN & CAROL A DICKSEN